**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
DUBLIN DIVISION**

Willie Murphy, Jr.,

    **Plaintiff-Appellant,**

VS.

Commissioner, Georgia Department of Corrections,
Warden, Telfair State Prison

    **Defendants-Appellees.**

2023 FEB -1  P 3: 17

USDC #: CV 322-061

USCA #: 22-13641-J

**ORDER**

    The Appeal of the Order of this Court in the above case having been DISMISSED

by the United States Court of Appeals for the Eleventh Circuit;

    **IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of

Appeals, is made the judgment of this court.

This _____ day of _Feb_, _____, 2023.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA